# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
PAULA XINIS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770

May 22, 2026

*VIA ECF*

Re: 25-cv-03035-PX, *Moore v. Montgomery County Department of Corrections and Rehabilitation (MCDC) et al.*

**LETTER ORDER**

Plaintiff Andre Rashid Moore ("Moore") filed suit on September 13, 2025, against Defendants Montgomery County Department of Corrections and Rehabilitation, Warden Frederick Abello, and John Does 1 and 2 (collectively "Defendants"). ECF No. 1. After the Clerk issued the summons on September 15, 2025, Moore failed to serve any Defendant within 90 days as required under Federal Rule of Civil Procedure 4(m). Accordingly, on January 20, 2026, the Court ordered Moore to show good cause within 14 days why the Complaint should not be dismissed without prejudice under Rule 4(m) and Local Rule 103.8.a. ECF No. 3.

On February 4, 2026, Moore responded that "Plaintiff's counsel identified defects in the Complaint and sought to amend the Complaint," and so he "withheld" service "until the defects were cured." ECF No. 4 at 1. Counsel also asserted that he needed to still ask the Clerk to re-issue the summons as they had "gone stale." *Id.* at 2. In response to his submission, the Clerk notified counsel that "summons themselves do not expire," and that if counsel "shows good cause, the court may extend the time for service." ECF No. 6. The Clerk further advised that "counsel may file a motion for an extension of time to serve summons. If there are no changes to the summons (service address, etc.), they do not need to be re-issued if an extension is granted." *Id.*

Counsel for Moore has done nothing since. He has not demonstrated good cause for the failure to timely serve defendants. Nor has he sought to amend the Complaint to cure the purported pleading defects. Accordingly, the Complaint is **DISMISSED** without prejudice pursuant to Rule 4(m). Despite the informal nature of this correspondence, it is an ORDER of the Court and shall be docketed as such.

Sincerely,

/s/
PAULA XINIS
United States District Judge